To Whom It May Concern

This is a letter to inform you that i'm no longer housed at FCI PEKIN. I'm now housed at USP Marion in Marion Illinois. It would be greatly appreciated if you send all correspondence to this current address.

Thank You

Keefer Jones

Keefer Jones 12843-026
U.S. Penitentiary
Marion
P.O. Box 1000
Marion IL. 62959

FILED
JUN - 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL