AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**KEEFER JONES,**
**Petitioner,**

     vs.                                               Case Number:  **07-2086**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition to vacate, set aside, or correct sentence is denied. This case is terminated.

                       ENTER this 11th day of June 2007.

                            s/JOHN M. WATERS, CLERK
                               JOHN M. WATERS, CLERK

                            s/K. Wynn
                             BY:  DEPUTY CLERK