2:07-cv-02086-MPM-DGB    # 11    Page 1 of 1

E-FILED
Thursday, 05 July, 2007 11:29:52 AM
Clerk, U.S. District Court, ILCD

*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CENTRAL DISTRICT OF IL            Docket No.: 07-2086

Division: URBANA

*Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)*

KEEFER JONES            v.            UNITED STATES OF AMERICA

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Keefer Jones 12843-026                Name: Colin S. Bruce

Firm:                            Firm: U. S. ATTORNEY

Address: U. S. Penitentiary                Address: 226 Federal Building

P. O. Box 1000                        201 S Vine St.

Marion, IL 62959                    Urbana, IL 61801

Phone: 618-964-1441                    Phone: 217-373-5875

---

Judge: Michael P. McCuskey                Nature of Suit Code:   510

Court Reporter: Lisa Cosimini                Date Filed in District Court:  04/26/07

                            Date of Judgment: 06/11/07

                            Date of Notice of Appeal: 07/03/07

Counsel:   ___Appointed      ___Retained    _X__Pro Se

Fee Status:    ___Paid      _X__Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes      _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  **07/05/07**

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  **12843-026**

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**