

# United States District Court
### Central District of Illinois

JOHN M. WATERS  
CLERK OF COURT

TEL: 217-373-5830  
FAX: 217-373-5834

218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61802

July 5, 2007

GINO AGNELLO, CLERK  
COURT OF APPEALS  
219 S. Dearborn St.  
Chicago, IL 60604

          RE: KEEFER JONES v. UNITED STATES  
                           OF AMERICA  
          D. C. Docket No. 07-2086  
          U. S. C. A. Docket No.

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    ONE Volumes of Pleadings

     Volumes of Transcript

     Volumes of Depositions

     Volumes of Exhibits:

     Impounded Exhibits:

    Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                        Very truly yours,

                        JOHN M. WATERS, CLERK

                        BY:  s/K. Wynn  
                            Deputy Clerk

E-FILED
Thursday, 05 July, 2007 02:28:11 PM
Clerk, U.S. District Court, ILCD

21, 24, APPEAL, CLOSED, HABEAS, REFER

# U.S. District Court
## United States District Court for the Central District of Illinois (Urbana)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02086-MPM-DGB
## Internal Use Only

Jones v. USA
Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/26/2007
Date Terminated: 06/11/2007
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Keefer Jones**         represented by   **Keefer Jones**
12843-026
MARION
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959
618-964-1441
PRO SE

V.

**Respondent**

**USA**         represented by   **Colin S Bruce**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: colin.bruce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/26/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Keefer Jones. (VB, ilcd) (Entered: 04/26/2007) |
| 04/26/2007 | 2 | MEMORANDUM in Support re 1 MOTION to Vacate, Set Aside or |

|            |   |   |
|------------|---|---|
|            |   | Correct Sentence (2255) filed by Petitioner Keefer Jones. (VB, ilcd) (Entered: 04/26/2007) |
| 04/26/2007 | 3 | MEMORANDUM in Support re 1 MOTION to Vacate, Set Aside or Correct Sentence (2255) filed by Petitioner Keefer Jones. (VB, ilcd) (Entered: 04/26/2007) |
| 04/26/2007 |   | TEXT ORDER entered by Judge Michael P. McCuskey on 4/26/07. The Government is allowed until 5/28/07 to file a response to the Motion to Vacate, Set Aside, or Correct Sentence.(BB, ilcd) (Entered: 04/26/2007) |
| 04/26/2007 |   | TEXT ORDER entered by Judge Michael P. McCuskey on 4/26/07. The Government has until 5/29/07 in which to file a resonse to the MOTION to Vacate, Set Aside or Correct Sentence (2255) 1 filed by Keefer Jones. (VB, ilcd) Modified on 4/26/2007 to reflect that this document is STRICKEN as it is duplicative (VB, ilcd). (Entered: 04/26/2007) |
| 04/26/2007 |   | TEXT ORDER STRIKING DOCUMENT entered by Judge Michael P. McCuskey on 4/26/07. The Clerk duplicated the Text Order setting the response to motion deadline for the Government re 1 . Therefore, this Text Order is STRICKEN. (VB, ilcd) (Entered: 04/26/2007) |
| 04/26/2007 | 4 | Remark: Criminal indictment and Judgment and Commitment Order scanned into file. (Attachments: # 1 Judgment and Commitment Order) (VB, ilcd) (Entered: 04/26/2007) |
| 05/03/2007 |   | Set/Reset Deadlines/Hearings as to 1 MOTION to Vacate, Set Aside or Correct Sentence (2255). CORRECTION in that the deadline for the Government to respond to 1 is 5/28/2007, not 5/29/07. (VB, ilcd) (Entered: 05/03/2007) |
| 05/30/2007 | 5 | RESPONSE to Motion re 1 MOTION to Vacate, Set Aside or Correct Sentence (2255) filed by Respondent USA. (Bruce, Colin) (Entered: 05/30/2007) |
| 06/04/2007 | 6 | NOTICE of Change of Address by Keefer Jones; 12843-026, P. O. Box 1000, Marion, IL 62959 (KW, ilcd) (Entered: 06/04/2007) |
| 06/11/2007 | 7 | ORDER Entered by Chief Judge Michael P. McCuskey on 6/11/07. Motion to Vacate, Set Aside or Correct Sentence (2255) 1 is denied. This case is terminated. See written order. (KW, ilcd) Modified on 6/11/2007 (KW, ilcd). Added Chief. Modified on 6/14/2007 (KW, ilcd). Corrected typo (Entered: 06/11/2007) |
| 06/11/2007 | 8 | JUDGMENT in favor of USA and against Keefer Jones. Case terminated. (KW, ilcd) (Entered: 06/11/2007) |
| 07/03/2007 | 9 | MOTION for Reconsideration re 7 Order on Motion to Vacate/Set Aside/Correct Sentence (2255), and 8 Judgment, and MOTION for Certificate of Appealability by Petitioner Keefer Jones. Responses due by 7/20/2007. (Attachments: # 1 Exhibit Envelope with post mark to Marion USP, # 2 Exhibit A-Motion for Leave to File Reply and Memo in Support) (VB, ilcd) (Entered: 07/03/2007) |

| 07/03/2007 | 10 | NOTICE OF APPEAL by Keefer Jones, due to Keefer Jones filing a Motion for Certificate of Appealability in this case. (VB, ilcd) (Entered: 07/05/2007) |
|---|---|---|
| 07/05/2007 |  | TEXT ORDER denying Motion for Reconsideration and denying Motion for Certificate of Appealability. After a careful review of Petitioner's filing and this court's order ruling on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, this court finds no basis for granting either motion. Entered by Chief Judge Michael P. McCuskey on 7/5/07. (BB, ilcd) (Entered: 07/05/2007) |
| 07/05/2007 | 11 | Short Record of Appeal Sent to US Court of Appeals re 10 Notice of Appeal. (VB, ilcd) (Entered: 07/05/2007) |