E-FILED
Monday, 16 July, 2007  03:48:40 PM
Clerk, U.S. District Court, ILCD

E-FILED
Thursday, 05 July, 2007  02:27:53 PM
Clerk, U.S. District Court, ILCD



# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

July 5, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**07-2563**

RE: KEEFER JONES v. UNITED STATES OF AMERICA
D. C. Docket No. 07-2086
U. S. C. A. Docket No.

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

    ONE Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

*U.S.C.A. – 7th Circuit*
**FILED**
JUL 13 2007 SK
GINO J. AGNELLO
CLERK

**FILED**
JUL 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Very truly yours,

JOHN M. WATERS, CLERK

BY:   s/K. Wynn
      Deputy Clerk