E-FILED
Friday, 20 July, 2007  03:07:18 PM
Clerk, U.S. District Court, ILCD

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

Keefer Jones

v.    Case No. 07-2563

United States

) Appeal from the United States District Court for the
) Central District of Illinois
)
) District Court No. 07 C 2086
)
) District Court Judge Michael P. McCuskey
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Keefer Jones

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 7-17-07

FILED
JUL 20 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 25.00 | $ | $ 25.00 | $ |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Incarcerated | | | $25.00 |
| | | | $25.00 |
| | | Since 2002 | $25.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| | | Model: |
| | | Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: | | |
| Registration # | | |

2

6. **State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| none | none | |
| none | none | |
| none | none | |

7. **State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| none | none | none |

8. **Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No  Is property insurance included? [ ] Yes [ ] No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle expenses | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ |

3

| | | |
|---|---|---|
| Life | $ O | $ ___ |
| Health | $ O | $ ___ |
| Motor vehicle | $ O | $ ___ |
| Other: none | $ O | $ ___ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ O | $ ___ |
| Installment payments | $ O | $ ___ |
| Motor Vehicle | $ O | $ ___ |
| Credit card (name): none | $ O | $ ___ |
| Department store (name): non | $ O | $ ___ |
| Other: none | $ O | $ ___ |
| Alimony, maintenance, and support paid to others | $ O | $ ___ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ O | $ ___ |
| Other (specify): none | $ O | $ ___ |
| Total monthly expenses: | $ O | $ ___ |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [✓] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No  If yes, how much? $ ___

If yes, state the attorney's name, address, and telephone number:

N/A

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____N/A_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**




**13. State the address of your legal residence.**

Keefer Jones 12843-026
United States Penitentiary Marion
P.O. Box 1000   Marion, IL 62959

Your daytime phone number: (___) None

Your age: 36  Your years of schooling: GED

Your social-security number: 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

5

# Inmate Statement

🖨 PRINT

| Inmate Reg #: | 12843026 | Current Institution: | Marion USP |
|---|---|---|---|
| Inmate Name: | JONES, KEEFER | Housing Unit: | MAR-E-A |
| Report Date: | 07/12/2007 | Living Quarters: | E04-003L |
| Report Time: | 11:43:21 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MAR | 7/10/2007 5:16:30 PM | 20 | | | Sales | ($16.15) | | $0.61 |
| MAR | 7/7/2007 12:10:14 AM | GICD0707 - 386 | | | Debt Encumbrance - Released | | $1.12 | -------- |
| MAR | 7/7/2007 12:10:14 AM | GICD0707 - 409 | | | Debt Encumbrance - Released | | $0.88 | -------- |
| MAR | 7/7/2007 12:10:14 AM | GICD0707 | | | Inmate Co-pay | ($2.00) | | $16.76 |
| MAR | 7/6/2007 1:45:36 PM | GIPP0607 | | | Payroll - IPP | $17.64 | | $18.76 |
| MAR | 7/6/2007 1:45:36 PM | GICD0707 - 409 | | | Debt Encumbrance | | ($0.88) | -------- |
| MAR | 7/2/2007 8:54:41 AM | GICD0707 - 386 | | | Debt Encumbrance | | ($1.12) | -------- |
| MAR | 6/19/2007 11:21:37 AM | 153 | | | Sales | ($18.35) | | $1.12 |
| MAR | 6/12/2007 8:50:55 AM | 77 | | | Sales | ($2.35) | | $19.47 |
| MAR | 6/8/2007 8:17:17 | GIPP0507 | | | Payroll - IPP | $20.23 | | $21.82 |
| MAR | 5/15/2007 9:20:56 AM | 149 | | | Sales | ($16.25) | | $1.59 |
| MAR | 5/10/2007 3:12:00 AM | TX051007 | | | Transfer - In from TRUFACS | $17.64 | | $17.84 |
| MAR | 4/26/2007 11:03:20 AM | TX042607 | | | Transfer - In from TRUFACS | $0.20 | | $0.20 |

Total Transactions: 13

Totals:                             $0.61        $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MAR | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.61 |
| Totals: | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.61 |

*Certified Correct 7/12/07*

*[signature] CSW*

Date: 07/13/2007
Time: 12:22:55 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: MAR

**Start Date:** 10/01/2006
**End Date:** 07/13/2007
**Inmate Reg#:** 12843026
**Account Status:** All
**Institution:** All

| | | Federal Bureau of Prisons | |
|---|---|---|---|
| Date: 07/13/2007 | | TRUFACS | Facility: MAR |
| Time: 12:22:55 pm | | **Inmate Statement** | |
| | | Sensitive But Unclassified | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12843026 | Living Quarters: | E04-003L |
| Inmate Name: | JONES, KEEFER | Arrived From: | PEK |
| Current Site Name: | Marion USP | Transferred To: | |
| Housing Unit: | MAR-E-A | Account Creation Date: | 6/28/2004 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 10/02/2006 05:48:42 PM | 24 | | | Sales | ($27.70) | | $0.30 |
| PEK | 10/03/2006 08:19:16 AM | GIPP0906 | | | Payroll - IPP | $27.72 | | $28.02 |
| PEK | 10/11/2006 06:57:05 PM | 89 | | | Sales | ($28.00) | | $0.02 |
| PEK | 11/09/2006 07:35:23 AM | GIPP1006 | | | Payroll - IPP | $36.54 | | $36.56 |
| PEK | 11/20/2006 08:47:19 AM | 63 | | | Sales | ($30.65) | | $5.91 |
| PEK | 11/20/2006 08:48:02 AM | 64 | | | Sales | ($0.30) | | $5.61 |
| PEK | 11/27/2006 05:22:53 PM | 30 | | | Sales | ($5.05) | | $0.56 |
| PEK | 12/11/2006 10:14:04 AM | GIPP1106 | | | Payroll - IPP | $23.94 | | $24.50 |
| PEK | 12/11/2006 10:54:04 AM | GIP011 | | | FRP Quarterly Pymt | $0.00 | | $24.50 |
| PEK | 12/11/2006 05:38:09 PM | 27 | | | Sales | ($23.30) | | $1.20 |
| PEK | 12/19/2006 07:47:49 AM | GICD1206 - 340 | | | Debt Encumbrance | | ($1.20) | |
| PEK | 01/10/2007 10:37:31 AM | GIPP1206 | | | Payroll - IPP | $25.20 | | $26.40 |
| PEK | 01/10/2007 10:37:31 AM | GICD1206 - 433 | | | Debt Encumbrance | | ($0.80) | |
| PEK | 01/11/2007 12:15:53 AM | GICD1206 - 340 | | | Debt Encumbrance - Released | | $1.20 | |
| PEK | 01/11/2007 12:15:53 AM | GICD1206 - 433 | | | Debt Encumbrance - Released | | $0.80 | |
| PEK | 01/11/2007 12:15:53 AM | GICD1206 | | | Inmate Co-pay | ($2.00) | | $24.40 |
| PEK | 01/11/2007 07:03:37 PM | 86 | | | Sales | ($23.95) | | $0.45 |
| PEK | 01/26/2007 01:00:43 PM | GICD0107 - 492 | | | Debt Encumbrance | | ($0.45) | |
| PEK | 02/09/2007 09:33:45 AM | GIPP0107 | | | Payroll - IPP | $25.20 | | $25.65 |
| PEK | 02/09/2007 09:33:45 AM | GICD0107 - 594 | | | Debt Encumbrance | | ($1.55) | |
| PEK | 02/10/2007 12:10:30 AM | GICD0107 - 594 | | | Debt Encumbrance - Released | | $1.55 | |
| PEK | 02/10/2007 12:10:30 AM | GICD0107 - 492 | | | Debt Encumbrance - Released | | $0.45 | |

| | | |
|---|---|---|
| Date: 07/13/2007 | Federal Bureau of Prisons | Facility: MAR |
| Time: 12:22:56 pm | TRUFACS | |
| | **Inmate Statement** | |
| | Sensitive But Unclassified | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12843026 | Living Quarters: | E04-003L |
| Inmate Name: | JONES, KEEFER | Arrived From: | PEK |
| Current Site Name: | Marion USP | Transferred To: | |
| Housing Unit: | MAR-E-A | Account Creation Date: | 6/28/2004 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 02/10/2007 12:10:30 AM | GICD0107 | | | Inmate Co-pay | ($2.00) | | $23.65 |
| PEK | 02/12/2007 09:13:44 AM | GICP0207 | | | Inmate Co-pay | ($2.00) | | $21.65 |
| PEK | 02/15/2007 06:29:14 PM | 66 | | | Sales | ($21.60) | | $0.05 |
| PEK | 03/04/2007 08:08:50 PM | 33311107 | | | Western Union | $40.00 | | $40.05 |
| PEK | 03/08/2007 06:42:37 PM | 72 | | | Sales | ($39.05) | | $1.00 |
| PEK | 03/09/2007 10:34:40 AM | GIPP0207 | | | Payroll - IPP | $25.20 | | $26.20 |
| PEK | 03/09/2007 10:35:22 AM | GIP032 | | | FRP Quarterly Pymt | ($25.00) | | $1.20 |
| PEK | 03/19/2007 03:59:04 PM | GICD0307 - 754 | | | Debt Encumbrance | | ($1.20) | |
| PEK | 03/27/2007 12:10:30 PM | GITS2CNV | | | Phone Rev With Rel | $0.78 | | $1.98 |
| PEK | 04/10/2007 01:20:09 PM | GIPP0307 | | | Payroll - IPP | $27.72 | | $29.70 |
| PEK | 04/10/2007 01:20:09 PM | GICD0307 - 855 | | | Debt Encumbrance | | ($0.80) | |
| PEK | 04/11/2007 12:10:30 AM | GICD0307 - 754 | | | Debt Encumbrance - Released | | $1.20 | |
| PEK | 04/11/2007 12:10:30 AM | GICD0307 - 855 | | | Debt Encumbrance - Released | | $0.80 | |
| PEK | 04/11/2007 12:10:30 AM | GICD0307 | | | Inmate Co-pay | ($2.00) | | $27.70 |
| PEK | 04/11/2007 08:57:12 AM | 36 | | | Sales | ($27.50) | | $0.20 |
| | **Total Transactions:** | **37** | | | | | | |
| MAR | 04/26/2007 11:03:20 AM | TX042607 | | | Transfer - In from TRUFACS | $0.20 | | $0.20 |
| | **Total Transactions:** | **1** | | | | | | |
| PEK | 04/26/2007 11:03:20 AM | TX042607 | | | Transfer - Out to TRUFACS | ($0.20) | | $0.00 |
| PEK | 05/09/2007 01:35:09 PM | GIPP0407 | | | Payroll - IPP | $17.64 | | $17.64 |
| | **Total Transactions:** | **2** | | | | | | |
| MAR | 05/10/2007 03:12:00 AM | TX051007 | | | Transfer - In from TRUFACS | $17.64 | | $17.84 |

| | | |
|---|---|---|
| Date: 07/13/2007 | **Federal Bureau of Prisons** | Facility: MAR |
| Time: 12:22:56 pm | **TRUFACS** | |
| | **Inmate Statement** | |
| | Sensitive But Unclassified | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12843026 | Living Quarters: | E04-003L |
| Inmate Name: | JONES, KEEFER | Arrived From: | PEK |
| Current Site Name: | Marion USP | Transferred To: | |
| Housing Unit: | MAR-E-A | Account Creation Date: | 6/28/2004 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | **Total Transactions:** | 1 | | | | | | |
| PEK | 05/10/2007 03:12:00 AM | TX051007 | | | Transfer - Out to TRUFACS | ($17.64) | | $0.00 |
| | **Total Transactions:** | 1 | | | | | | |
| MAR | 05/15/2007 09:20:56 AM | 149 | | | Sales | ($16.25) | | $1.59 |
| MAR | 06/08/2007 08:17:17 AM | GIPP0507 | | | Payroll - IPP | $20.23 | | $21.82 |
| MAR | 06/12/2007 08:50:55 AM | 77 | | | Sales | ($2.35) | | $19.47 |
| MAR | 06/19/2007 11:21:37 AM | 153 | | | Sales | ($18.35) | | $1.12 |
| MAR | 07/02/2007 08:54:41 AM | GICD0707 - 386 | | | Debt Encumbrance | | ($1.12) | |
| MAR | 07/06/2007 01:45:36 PM | GIPP0607 | | | Payroll - IPP | $17.64 | | $18.76 |
| MAR | 07/06/2007 01:45:36 PM | GICD0707 - 409 | | | Debt Encumbrance | | ($0.88) | |
| MAR | 07/07/2007 12:10:14 AM | GICD0707 - 386 | | | Debt Encumbrance - Released | | $1.12 | |
| MAR | 07/07/2007 12:10:14 AM | GICD0707 - 409 | | | Debt Encumbrance - Released | | $0.88 | |
| MAR | 07/07/2007 12:10:14 AM | GICD0707 | | | Inmate Co-pay | ($2.00) | | $16.76 |
| MAR | 07/10/2007 05:16:30 PM | 20 | | | Sales | ($16.15) | | $0.61 |
| | **Total Transactions:** | 11 | | | **Totals:** | **($27.39)** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MAR | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.61 |

| | | |
|---|---|---|
| Date: 07/13/2007 | Federal Bureau of Prisons | Facility: MAR |
| Time: 12:22:56 pm | TRUFACS | |
| | **Inmate Statement** | |
| | Sensitive But Unclassified | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12843026 | Living Quarters: | E04-003L |
| Inmate Name: | JONES, KEEFER | Arrived From: | PEK |
| Current Site Name: | Marion USP | Transferred To: | |
| Housing Unit: | MAR-E-A | Account Creation Date: | 6/28/2004 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| Totals: | $0.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.61 |